UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MICHAEL SAUNDERS, *on behalf of himself and all* : 
*others similarly situated*, :
 :
                            Plaintiff, :        24-CV-6208 (JMF)
 :
      -v- :        <u>ORDER</u>
 :
ROYAL LEAF CLUB DISPENSARY CORP., :
 :
                            Defendant. :
 :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: August 26, 2024
       New York, New York
                                            JESSE M. FURMAN
                                           United States District Judge