```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHAEL SAUNDERS, on behalf of himself and
all others similarly situated,

                          **Plaintiff,**                  24-CV-06208 (JMF)(SN)

      -against-                                 <u>ORDER</u>

ROYAL LEAF CLUB DISPENSARY CORP.,

                          **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On August 16, 2024, the plaintiff filed the Complaint. As of October 21, 2024, the defendant has not made an appearance or otherwise answered. Furthermore, there is no proof of service on the docket. The plaintiff is directed to file proof of service no later than November 18, 2024.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:      New York, New York
                October 21, 2024