```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAEL SAUNDERS, on behalf of himself and
all others similarly situated,

                              Plaintiff,                    24-CV-06208 (JMF)(SN)

                -against-                                   **ORDER**

ROYAL LEAF CLUB DISPENSARY CORP.,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Plaintiff filed a complaint on August 16, 2024, and a summons was issued on August 19, 2024. ECF Nos. 1, 4. Defendant was served on August 30, 2024. ECF No. 8. To date, Defendant has not yet appeared. Plaintiff indicated in a November 19, 2024 letter to the Court that Plaintiff intended to move for default judgment by November 21, 2024. ECF No. 9. By December 3, 2024, Plaintiff is ORDERED to seek a Certificate of Default from the Clerk of Court and move for default judgement.

**SO ORDERED.**

                                                                   _____
                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:       November 25, 2024
                  New York, New York