UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAEL SAUNDERS, on behalf of himself and
all others similarly situated,

                            Plaintiff,                      24-CV-06208 (JMF)(SN)

            -against-                      ORDER TO SHOW CAUSE

ROYAL LEAF CLUB DISPENSARY CORP.,

                            Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On August 16, 2024, Plaintiff filed his complaint. ECF No. 1. By October 21, 2024, Defendant had not appeared and there was no proof of service on the docket. The Court ordered Plaintiff to file proof of service. ECF No. 7. On October 23, 2024, Plaintiff filed proof of service, showing that Plaintiff served Defendant via the New York State Department of State on August 30, 2024. ECF No. 8. On November 19, 2024, Plaintiff indicated that he intended to seek a Certificate of Default and move for default judgment since Defendant still had not answered or appeared. ECF No. 9. Plaintiff did not move for default judgment by that date, so on November 25, 2024, the Court ordered Plaintiff to seek a Certificate of Default and move for default judgment by December 3, 2024. To date, Plaintiff still has not sought a Certificate of Default or moved for default judgment. Plaintiff is hereby ORDERED to show cause why his complaint should not be dismissed for failure to prosecute.

       By Wednesday, December 18, 2024, the plaintiff must inform the Court in writing of his intentions to prosecute this case. If the plaintiff intends to resume prosecuting this case, this letter

must set forth a reasonable schedule for seeking a Certificate of Default and moving for default judgment.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         December 4, 2024

2