UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHAEL SAUNDERS, on behalf of himself and
all others similarly situated,

                        Plaintiff,                  24-CV-06208 (JMF)(SN)

      -against-                                          **ORDER**

**ROYAL LEAF CLUB DISPENSARY CORP.**,

                        Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        Plaintiff filed a complaint on August 16, 2024. ECF No. 1. Defendant was served on August 30, 2024. ECF No. 8. Defendant has not appeared. But Plaintiff has indicated that he has had contact with Defendant, and Defendant intended to retain counsel and appear. See ECF No. 12. The Court ordered Defendant to answer or otherwise respond to the complaint by January 9, 2025. If Defendant failed to appear, the Court further ordered Plaintiff to seek a Certificate of Default and move for default judgment by January 16, 2025. Defendant has failed to appear, and Plaintiff has not sought a Certificate of Default. Plaintiff is ORDERED to file a letter by January 24, 2025, indicating whether Plaintiff has had further contact with Defendant and proposing next steps in the litigation. Plaintiff is further ORDERED to serve a copy of this Order on Defendant.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:     January 17, 2025
                New York, New York